IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 4:19CR80 (RCY) |
| | ) | Civil Action No. 4:21CV47 (RCY) |
| JULIAN RASHKO, | ) | |
|     Petitioner. | ) | |

### FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that the Report and Recommendation ("R&R"), ECF No. 188, is ADOPTED and APPROVED in its entirety, and Petitioner Julian Rashko's remaining claim is DENIED. All of Rashko's claims having now been denied in their entirety, his § 2255 Petition, ECF No. 131, is DENIED and DISMISSED. A certificate of appealability is DENIED.

Rashko is ADVISED that because a certificate of appealability is denied by this Court, he may seek one from the Fourth Circuit Court of Appeals. Fed. Rule App. Proc. 22(b); Rules Gov. § 2255 Proc. for U.S. Dist. Cts. 11(a). If Rashko intends to seek a certificate of appealability from the Fourth Circuit, he must do so within sixty (60) days from the date of this Final Order. Rashko may seek a certificate of appealability by filing a written notice of appeal with the Clerk of the United States District Court, Newport News Division, 2400 West Avenue, Newport News, Virginia, 23607.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Final Order to Rashko, to his counsel, and to counsel for the United States.

It is so ORDERED.

                                              /s/
                                       Roderick C. Young

Dated: May 15, 2025                       United States District Judge
Richmond, Virginia